TOBIA PRATA, Respondent, *v.* SAMUEL GREEN, Appellant.

*Prata* v. *Green,* 70 App. Div. 224, affirmed.
(Argued March 20, 1903; decided April 7, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

1, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Alexander Rosenthal* for appellant.

*Milton Mayer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.